UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: |
| | § | |
| TILE OUTLET, INC. | § | 05-80340-G3-11 |
| | § | (Chapter 11) |
| DEBTOR | § | |

**NOTICE OF APPOINTMENT OF
OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE LETITIA Z. CLARK
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee ("UST"), who through the undersigned attorney, pursuant to Section 1102(a) and (b) of the Bankruptcy Code, hereby appoints the following eligible creditors to the official committee of unsecured creditors in the above captioned case:

| QEP Inc. | Readers Wholesale Distributors, Inc. | Master Tile |
|---|---|---|
| Attn: Marc Applebaum | Attn: James Constable | Attn: Catherine Margiorta |
| 1081 Holland Drive | 1201 Naylor Street | 12614 Hempstead Hwy |
| Boca Raton, FL 33487 | Houston, TX 77002 | Houston, TX 77092 |
| Tel: 561/994-5550 | Tel: 713/224-8300 | Tel: 713/300-3601 |
| Fax: 561/241-2830 | Fax: 713/224-1208 | Fax: 713/300-3606 |
| Email: mapplebaum@qep.com | | |

Dated: February 15, 2005

RICHARD W. SIMMONS
UNITED STATES TRUSTEE

By: /s Ellen M. Hickman
      Ellen M. Hickman, Attorney
      515 Rusk, Suite 3516
      Houston, TX 77002
      (713) 718-4650 ext 250
      FAX (713) 718-4680
      E-mail: ellen.hickman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing <u>Notice of Appointment of Official Committee of Unsecured Creditors</u> has been served electronically or by United States mail, first class, postage pre-paid upon all members of the committee and the following parties, on the 15th day of February, 2005.

/s/ Ellen M. Hickman
Ellen M. Hickman, Attorney
515 Rusk, Suite 3516
Houston, TX 77002
Tel. 713/718-4650 ext 250
Fax. 713/718-4680

**Debtor**

Tile Outlet, Inc.
7700 I-45 North
Houston, TX 77037

**Counsel for Debtor**

Steven Shurn
Wayne Kitchens
Hughes, Watters & Askanase, LLP
333 Clay, 29th Floor
Houston, TX 77002

**Parties Requesting Notice**

Michael J. Durrschmidt
Hirsch & Westheimer, P.C.
Bank of America Center, 25th Floor
700 Louisiana
Houston, TX 77002-2728

Owen M. Sonik
PERDUE, BRANDON et al.
1235 North Loop West, Suite 600
Houston, TX 77008